4.

Sarkis Oundjian
Name
658 E Manor Dr.
Address
Chandler, AZ 85225
City/State/Zip Code

State Bar No., if applicable: _____
Phone No. _____

☒ Debtor(s) in Pro Per
☐ Attorney for Debtor

09-28492
FILED amp
~~RECEIVED~~

2009 NOV -5 P 2: 24

CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF AZ

In re Sarkis Oundjian

Debtor(s).

Case No. _____

**CHAPTER 7 INDIVIDUAL DEBTOR'S(S')
STATEMENT OF INTENTION**

*(Check applicable box or boxes)*

☒ 1. I(We), the debtor(s), have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

☒ 2. I(We), the debtor(s), have filed a schedule of Executory Contracts and Unexpired Leases which includes personal property subject to an unexpired lease.

3. I(We) intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

a. Secured Property to Be Surrendered.

| Description of Secured Property | Creditor's Name |
|---|---|
| 1. NA | |
| 2. | |
| 3. | |

b. Secured Property to Be Retained. *(Check any applicable statement.)*

| Description of Secured Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to § 722 | Debt will be reaffirmed pursuant to § 524(c) |
|---|---|---|---|---|
| 1. Chandler House | Saxon Mortgage | | | ✓ |
| 2. 06 F150 | Ford Credit | | | ✓ |
| 3. | | | | |
| 4. | | | | |

© 2007, Alpha Publications of America, Inc.
All rights reserved.

FORM ABK-2001a

Page 1 of 2 Pages

11/06/2009

c. Leased Property to be surrendered or retained:

| Description of Leased Property | Lessor's Name | Lease will be Rejected and the Property Surrendered | Lease Will be assumed pursuant to 11 U.S.C. § 362(b)(1)(A) |
|---|---|---|---|
| 1. _____ | _____ | _____ | _____ |
| 2. __NA__ | _____ | _____ | _____ |
| 3. _____ | _____ | _____ | _____ |
| 4. _____ | _____ | _____ | _____ |

Date: _____

_____
Signature of Debtor *(signed)*

_____
Signature of Co-Debtor

_____
Attorney for Debtor(s), if applicable

☐ Check this Box if the Certification Section below is not applicable in your case.

---

### DECLARATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a Bankruptcy Petition Preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and that I have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h) and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____  _____
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security Number

_____  _____
Address                                                  City/State/Zip Code

*Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address and social security number of the officer, principal, responsible person or partner who signs this document.*

_____     Date: _____
Signature of Bankruptcy Petition Preparer

A Bankruptcy Petition Preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

© 2007, Alpha Publications of America, Inc.    FORM ABK-2001b    Page 2 of 2 Pages
All Rights Reserved.

11/06/2009

# United States Bankruptcy Court
## District of AZ

In re **Sarkis Oundjian**

[Set forth here all names including married, maiden and trade names used by debtor within the last 8 years]

Debtor(s)

Address: 658 E Manor Dr.
Chandler AZ 85225

Last four digits of Social Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any) _____

Employer Tax-Identification (EIN) No(s)., (if any) _____

Case No. _____

Chapter **AZ**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR
## UNDER § 342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

### 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days <u>before</u> the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7**: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater then the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed

2. Under chapter 7, you may claim certain of your property as exempt under the governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes, domestic support and property settlement obligations, most fines, penalties, forfeitures, and criminal restitution obligations, certain debts which are not properly listed in your bankruptcy papers, and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can

11/06/2009

prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to Chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____
Printed name and title, if any, of Bankruptcy Petition Preparer

Address: _____

X_____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

_____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X_____[signature]_____  _____
Signature of Debtor                                    Date

X_____  _____
Signature of Joint Debtor (if any)                Date

© 2007-2008 Alpha Publications of America, Inc
All Rights Reserved

11/06/2009